**Opinion issued April 30, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00580-CV

———————————

## IN RE ELIZABETH THOMAS, JAMES ALLEN, ROBERTO PEREZ, MARIA DE JESUS PEREZ, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators have filed a petition for writ of mandamus challenging the trial court's June 18, 2018 order regarding a purported notice of removal filed by one of the relators in the underlying case.[1] We deny the petition. The parties' respective

---

[1]    The underlying case is *James Allen, et al. v. MTH Lending Group L.P.*, cause number 2017-76078, pending in the 127th District Court of Harris County, Texas, the Honorable R.K. Sandill presiding.

motions for sanctions are denied. Relators' motion to withdraw their petition and all other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack, Justice Goodman, and Justice Countiss.